USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fausto Fernandez,

                Plaintiff,

-against-

HW Farren, LLC et al.,

                Defendant.

1:21-cv-01717 (JPC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In accordance with the Court's June 21, 2022 Order (ECF No. 28) the deadline for the completion of all discovery was August 17, 2022. It is hereby Ordered that, no later than September 20, 2022, the parties shall file a joint letter regarding proposed next steps in this action, including whether they wish to participate in a settlement conference and/or whether any party intends to file a dispositive motion.

SO ORDERED.

Dated:    New York, New York
            September 13, 2022

_____
STEWART D. AARON
United States Magistrate Judge